Ruth Schai, by William Schai, Her Guardian ad Litem, Appellant, v. Ralph Davidson, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied as unnecessary. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

Town of Putnam Valley, Respondent, v. Nased Corporation and Joseph B. Schwartz, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

Charles A. Troescher, Appellant, v. Robert B. Clark, Respondent.— Motion to resettle order of March 15, 1935, denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

Jacob I. Wiener, Appellant, v. Louis N. Ellrodt, Individually and as Former Sheriff of the County of Westchester, Respondent.— Motion for leave to appeal to the Court of Appeals granted and the following question certified: Was the defendant's motion to dismiss properly granted? Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ. [See 243 App. Div. 820.]

John Anderson, Respondent, v. Brooklyn and Queens Transit Corporation, Appellant.— Judgment in plaintiff's favor for injuries sustained while a passenger on one of defendant's trolley cars unanimously affirmed, with costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.